# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0374
LT Case No. 2020-CA-001461

_____

REBECCA A. VARES-EBERT,

Appellant,

v.

ANDREW T. POZZUTO AND
SHANTA M. POZZUTO,

Appellees.

_____

On appeal from the Circuit Court for Marion County.
Steven G. Rogers, Judge.

W. Charles Fletcher, of Law Office of W. Charles Fletcher,
Jacksonville, for Appellant.

Hinda Klein and Megan Powell, of Conroy Simberg, Hollywood,
for Appellees.

November 25, 2025

PER CURIAM.

AFFIRMED.

EDWARDS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____